UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GUY GRAY, Individually, and as Administrator of the Estate of        PLAINTIFFS
Teresa Rae Etheridge, et al.

v.                                                          CIVIL ACTION NO. 3:01CV-758-S

SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, et al.          DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter came before the court on motions of the defendants, Southern Farm Bureau Life Insurance Company and Renis Joseph Cole, for summary judgment.

The action was filed in the Jefferson County, Kentucky, Circuit Court and removed on the ground that this court had diversity jurisdiction. The plaintiffs, Guy Gray, et al., are residents of Louisville. The defendant, Southern Farm Bureau Life Insurance Co., is located in Jackson, Mississippi.

On January 7, 2004, the court granted the plaintiffs' motion to file an amended complaint. The amended complaint was filed without objection. It added defendant, Renis Joseph Cole, the insurance agent who accepted the decedent's application for insurance which was subsequently denied by Southern Farm Bureau.

During the course of addressing the pending summary judgment motions in this matter, the court became aware of the fact that the filing of the amended complaint destroyed diversity jurisdiction. Thus, this court lacks subject matter jurisdiction over the action.

28 U.S.C. § 1447(e) states that "[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." The district court is charged with the duty of continually reexamining its jurisdiction and must *sua sponte* remand cases in which subject matter

- 2 -

jurisdiction is lacking.  *See, Anusbigian v. Trugreen/Chemlawn, Inc.*, 72 F.3d 1253, 1254 (6th Cir. 1996).

For the reasons set forth hereinabove and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **REMANDED TO THE JEFFERSON COUNTY, KENTUCKY, CIRCUIT COURT, DIVISION 5, FOR ALL FURTHER PROCEEDINGS**.  The clerk of court shall transfer this file to the Circuit Court upon entry of this order.  There being no reason for delay in its entry, this is a final order.